**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

STEVE SHERRELL,                          :
                                         :
        Plaintiff,                       :
                                         :
v.                                       :        CIVIL ACTION NO.
                                         :        1:05-CV-2285-RWS
TONY HOWERTON,                           :
                                         :
        Defendant.                       :

<u>ORDER</u>

This case is before the Court for consideration of the Final Report and

Recommendation [3] of Magistrate Judge E. Clayton Scofield, III.  After

reviewing the Report and Recommendations and the Objections [4] filed

thereto, the Report and Recommendation is accepted with approval and

adopted as the Opinion and Order of this Court.  Accordingly, the Petition [1] is

hereby **DISMISSED** pursuant to Rule 4 of the rules governing Section 2254

cases for the United States District Courts.

SO ORDERED, this   19th   day of October, 2005.

/s/ Richard W. Story
RICHARD W. STORY
UNITED STATES DISTRICT JUDGE

AO 72A